

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **June 20, 2005**, as instrument number **710042**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Lina M. Concepcion        Address:    Talofofo, GU 96915
          SSN: XXX-XX-1231
          DOB: XX-XX-1980

Court Imposing Judgment:   U.S. District Court of Guam

Court Number:   MG 04-00022

Amount of Judgment:   $500.00

Place of filing:   Guam

WITNESS my hand at Hagåtña, Guam, on this, the 30th day of November, 2006.

MARIVIC P. DAVID
Assistant U.S. Attorney