PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Guam

FILED
DISTRICT COURT OF GUAM
JAN 11 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

LINA MARIE CONCEPCION

MAGISTRATE CASE NO. 04-00022-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **November 23, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JUDYANNE L. OCAMPO
U.S. Probation Officer

RECEIVED
JAN 10 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Frederick Black, AUSA
    Richard Arens, AFPD
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _11th_ day of January 2007.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

ORIGINAL

Case 1:04-mj-00022    Document 24    Filed 01/11/2007    Page 1 of 1